IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 09-00141-01/02-CR-W-HFS |
| AMIR A. SHAH, ) | |
| OSMAAN A. SHAH, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It has been represented to the Court that counsel for the government and defendants Amir A. Shah and Osmann A. Shah have agreed upon a condition of pretrial release to restrict the use of computers and internet access by the defendants. Accordingly and for good cause appearing, it is

ORDERED that the conditions of pretrial release for defendant Amir A. Shah and Osmann A. Shah are amended to require that each defendant not possess or use any computer nor shall they direct anyone to use a computer on their behalf.

                                */s/ JOHN T. MAUGHMER*
                                  John T. Maughmer
                                United States Magistrate Judge