IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 09-00141-01-CR-W-HFS |
| AMIR A. SHAH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pending before the Court is the motion (Doc. No. 39) of defendant Amir A. Shah to amend the conditions of his pretrial release. The defendant seeks to amend his conditions by allowing him to use a computer but restricting him from access to the internet. The government opposes the motion largely on the basis that it would be difficult to monitor compliance. While the Court recognizes that there may be some difficulty monitoring a condition restricting access to the internet, it does not appear anymore difficult than monitoring a condition which prohibits any use of a computer. The Court is convinced that restricting access to the internet is an appropriate condition and one that is least restrictive. Prohibiting all computer use by the defendant is overly broad and not necessary to the reasonable safety of the community. For good cause appearing, it is

ORDERED that the motion (Doc. No. 39) of defendant Amir A. Shah to amend the conditions of his pretrial release is GRANTED and the conditions of his release are amended to

allow him to use a computer but not allow him to have any access, direct or indirect, to the internet.

   */s/ JOHN T. MAUGHMER*
John T. Maughmer
United States Magistrate Judge