IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 09-00141-01/02-CR-W-HFS |
| | ) | |
| AMIR A. SHAH, | ) | |
| OSMAAN A. SHAH, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon the stipulation and agreement of the United States of America and defendants Amir A. Shah and Osmaan A. Shah, by and through their counsel of record, and for good cause appearing, it is

ORDERED that the conditions of bond and pretrial release imposed on defendants Amir A. Shah and Osmaan A. Shah are amended as follows:

> The previously imposed restrictions on each defendant's use of computers and access to the internet as set forth in Document Nos. 17, 44 and 47 are hereby rescinded and removed. All other previously ordered conditions of bond and pretrial release as set forth in Document Nos. 35, 36, 37 and 38, including the condition that each defendant shall not violate any local, state or federal law, shall remain in full force and effect.

                                                            /s/    *JOHN T. MAUGHMER*
                                                                       John T. Maughmer
                                                               United States Magistrate Judge