IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-00141-01/05-CR-W-HFS |
| | ) |
| AMIR A. SHAH, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS AMIR A. SHAH, OSMAAN A. SHAH AND I2O, INC.
FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE OBJECTIONS
TO PRELIMINARY PRESENTENCE INVESTIGATION REPORTS**

Defendants Amir A. Shah, Osmaan A. Shah, and I2O, Inc. ("Defendants") through their undersigned counsel, hereby jointly move for an enlargement of time to and including April 29, 2011, in which to file their objections to the Preliminary Presentence Investigation Reports.

**SUGGESTIONS IN SUPPORT**

1. Pursuant to Local Rule 99.8(g), objections to each Preliminary Presentence Investigation Report were originally due on March 31, 2011. This Court previously granted Defendants' motion for enlargement of time to and including April 15, 2011.

2. Undersigned counsel and counsel for the Government have conferred regarding the Reports, and have arranged to meet with the Probation Officer who prepared the Reports to discuss various matters regarding the same. Due to scheduling conflicts, the parties were not able to schedule the meeting prior to April 15, 2011, and the meeting is presently scheduled for April 18, 2011.

3. An additional meeting may be necessary with Government counsel and/or the Probation Officer prior to preparation of Defendants' objections and responses to the Reports. In

order to afford sufficient time to schedule any such meeting and prepare the response to the Reports, Defendants require additional time to file the same.

4. Undersigned counsel has conferred with Assistant United States Attorney Matthew Wolesky and he has no objection to the enlargement requested herein.

WHEREFORE, for the foregoing reasons, Defendants Amir A. Shah, Osmaan A. Shah, and I2O, Inc. request an enlargement of time to and including April 29, 2011 to file objections and clarifications/corrections to the Preliminary Presentence Investigation Reports.

Respectfully submitted,

SNR DENTON US LLP

/s/ Curtis E. Woods
Curtis E. Woods      Mo. Bar #27065
4520 Main Street, Suite 1100
Kansas City, MO 64111
Telephone    816 460-2425
Facsimile    816 531-7545
curtis.woods@snrdenton.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2011, the above and foregoing was electronically filed with the Court using the CM/ECF system, which sent email notification of such filing to all CM/ECF participants in this case and a copy was mailed via U.S. Mail, to all non CM/ECF participants.

/s/ Curtis E. Woods

- 2 -

Case 4:09-cr-00141-HFS   Document 97   Filed 04/13/11   Page 2 of 2